Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
445 S. Figueroa Street
Suite 3100
Los Angeles, California 90071
Telephone: (213) 426-2137

Attorneys for Plaintiff
BACKGRID USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BACKGRID USA, INC., | Case No.: 2:17-cv-8748 FMO (KSx) |
|---|---|
| *Plaintiff*, | **BACKGRID USA, INC.'S WITNESS LIST** |
| v. | |
| ANGELA RENEE WHITE et al., | |
| *Defendants*. | |

In accordance with L.R. 16-5 and this Court's Scheduling and Case Management Order Re: Jury Trial (ECF 26), plaintiff BackGrid USA, Inc. submits the following Witness List:

| **Name** | **Estimated Direct** |
|---|---|
| **1. Jon Nicolini** | **2.0 hours** |

Mr. Nicolini will testify about BackGrid's ownership of the copyrights of the infringed images, the copyright-enforcement efforts on behalf of BackGrid (including the work as respects the infringed images here), the discovery of the infringed images at issue in this matter, and correspondence with defendant and her agents.

Mr. Nicolini can be contacted through plaintiff's counsel.

    **2. Steve Ginsburg**                                               **2.0 hours**

        Mr. Ginsburg will testify about BackGrid's business model, the licensing value of celebrity images in general and the infringed images in particular, BackGrid's compensation to its photographers, and the harm caused by rampant infringement of celebrity images (particularly online infringement through social media with large numbers of followers).

        Mr. Ginsburg can be contacted through plaintiff's counsel.

    **3. Alex Kantif***                                                  **1.0 hours**

        Mr. Kantif will testify about BackGrid's business model, the licensing value of celebrity images in general and the infringed images in particular, BackGrid's compensation to its photographers, and the harm caused by rampant infringement of celebrity images (particularly online infringement through social media with large numbers of followers).

        Mr. Kantif can be contacted through plaintiff's counsel.

    **4. Gerardo Vasquez***                                      **1.0 hours**

        Mr. Vasquez, a BackGrid photographer, will testify about the effect of infringement on content creators like photographers, who rely on licensing fees of their images to support themselves and their families.

        Mr. Vasquez can be contacted through plaintiff's counsel.

    **5. Julio Toledo***                                           **.5 hours**

        Mr. Toledo is a photographer who created at least one of the infringed images and will testify as to the creative process and the importance of licensing fees to earning a living.

        Mr. Toledo can be contacted through plaintiff's counsel.

| | |
|---|---|
| Dated: May 31, 2019 | Respectfully submitted, |
| | **PERKOWSKI LEGAL, PC** |
| | By:   /s/ Peter Perkowski |
| | Peter E. Perkowski |
| | Attorneys for Plaintiff<br>BACKGRID USA, INC. |