UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-8748 FMO (KSx) | Date | August 28, 2019 |
|---|---|---|---|
| Title | BackGrid USA, Inc. v. Angela Renee White | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Cheryl Wynn | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**        **(In Chambers) Order Re: Pending Application**

Having reviewed and considered plaintiff's Application to Reopen Case (Dkt. 44, "Application"), IT IS ORDERED THAT:

1. Plaintiff shall file its motion to enforce settlement no later than **September 10, 2019**, and notice the motion for the first hearing date available on the court's calendar. The opposition and reply shall be filed according to the noticed hearing date.

2. Failure to file the motion referenced above may result in the imposition of sanctions and/or the dismissal of the action for lack of prosecution and for failure to comply with the orders of the court, pursuant to Local Rule 41. See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

3. The Application **(Document No. 44)** is **denied without prejudice** pending a ruling on the motion to enforce settlement.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | cw | |